

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00174-CR

ANTONIO NEGRETE MONJARAS                                          APPELLANT

### V.

THE STATE OF TEXAS                                                   STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1174202D

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." His counsel states that appellant "has been released from custody and was immediately deported to Mexico" and that he "stated to counsel via telephone that he no longer desires to pursue the appeal." Appellant has not signed the motion in compliance with rule 42.2(a) of the rules of appellate procedure, but his counsel

---

[1]*See* Tex. R. App. P. 47.4.

signed an affidavit indicating "that all of the allegations of fact contained [in the motion to dismiss appeal] are true and correct." Tex. R. App. P. 42.2(a). We suspend rule 42.2(a)'s requirement that appellant sign the motion to dismiss the appeal. *See id.*; *see also* Tex. R. App. P. 2. No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 23, 2016